**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-23896-JB**

RUBEN ROJAS MARQUEZ,

Plaintiff,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*

Defendants.
______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on the Notice of Voluntary Dismissal without Prejudice (the "Notice"). ECF No. [24]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 10th day of July, 2026.

______________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**